# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 03-7015                         September Term, 2003

02ms00323
03ms00040

Filed On: March 15, 2004 [809701]

Recording Industry Association of America, Inc.,
       Appellee

v.

Verizon Internet Services, Inc.,
       Appellant

_____
Consolidated with 03-7053

## O R D E R

Upon consideration of appellant's bill of costs, it is

**ORDERED** that appellant's request for costs be granted. Costs are awarded to Verizon Internet Services, Inc., in the amount of $1740.15 and taxed against the Recording Industry Association of America, Inc.

Costs are payable directly between parties. Payment should not be submitted to the Clerk.

<u>Per Curiam</u>

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Michael C. McGrail
Deputy Clerk